# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO.: |
| | : | |
| v. | : | MAGISTRATE NO.: 23-mj-284 (GMH), |
| | : | |
| **HOWARD FREELOVE,** | : | |
| | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| **Defendant.** | : | |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct on Capitol Grounds) |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | any of the Capitol Buildings) |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **HOWARD FREELOVE**, knowingly entered and remained in the United States Capitol, a restricted building, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **HOWARD FREELOVE,** knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engaged in disorderly and disruptive conduct in, and within such proximity to, the United States Capitol, a restricted building, when, and so that, such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **HOWARD FREELOVE**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress or either House of Congress.

(**Disorderly Conduct on Capitol Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

3

**COUNT FOUR**

On or about January 6, 2021, within the District of Columbia, **HOWARD FREELOVE**, willfully and knowingly paraded, demonstrated, and picketed in a Capitol Building.

(**Parading, Demonstrating, or Picketing in any of the Capitol Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By: /s/ Allison K. Ethen
    ALLISON K. ETHEN
    Assistant United States Attorney, Detailee
    MN Bar 0395353
    601 D. Street N.W.
    Washington, DC 20001
    Telephone: 612-664-5575
    Allison.Ethen@usdoj.gov